

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2016

No. 04-16-00347-CV

**ALLSTATE COUNTY MUTUAL INSURANCE COMPANY**,
Appellant

v.

Gregorio G. **PAREDES** Jr.,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 9,016
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The reporter's record was due July 5, 2016, but was not filed. On July 6, 2016, the court reporter filed a notification of late record stating the record was not filed because has neither requested the record nor paid or made arrangements to pay the reporter's fee to prepare the record, implying that appellant is not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b).

We therefore **ORDER** appellant to provide written proof to this court on or before **July 18, 2016** that: (1) appellant has requested preparation of the record; (2) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee; or (3) appellant is entitled to the record without prepayment of the reporter's fee. *See* TEX. R. APP. P. 35.3(b). If appellant fails to respond within the time provided, appellant's brief will be due August 4, 2016 — thirty days from the date the clerk's record was filed in this court, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

We **order** the clerk of this court to serve copies of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2016.



_____
Keith E. Hottle
Clerk of Court